Michael N. Cohen (Cal. Bar No. 225348)
mcohen@cohenip.com
Chong H. Roh (Cal. Bar No. 242437)
croh@cohenip.com
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Attorney for Defendants
FREEDOM TRADING, LLC;
FREEDOM TRADING 18, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| UNIPAK DESIGNS CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM TRADING, LLC, a California limited liability company; FREEDOM TRADING 18 INC., a Canadian corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03496-TJH-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Ctrm: 5D<br>Judge: Hon. Terry J. Hatter<br><br>**Complaint Filed**: April 23, 2021<br>**Current Response Due**: August 9, 2021<br>**NEW RESPONSE DUE: AUGUST 16, 2021** |

   Plaintiff UNIPAK DESIGNS CORP. ("UNIPAK"), and defendants FREEDOM TRADING, LLC and FREEDOM TRADING 18 INC. (collectively "FREEDOM TRADING"), through their respective counsels of record, hereby stipulate and agree as follows:

   WHEREAS, UNIPAK filed its Complaint on April 23, 2021;

   WHEREAS, on June 28, 2021, UNIPAK alleges to have served FREEDOM TRADING with the Complaint in the above-captioned action;

WHEREAS, previous counsel for FREEDOM TRADING, not admitted in the Central District of California, requested and UNIPAK agreed to an extension of time to respond to the Complaint from July 19, 2021 to August 2, 2021;

WHEREAS, FREEDOM TRADING recently retained new counsel, Cohen IP Law Group;

WHEREAS, the Parties stipulated to an additional extension of time for FREEDOM TRADING to file an answer or responsive pleading until August 16, 2021 to allow new counsel to evaluate and investigate the matter;

NOW THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE THAT:

1. FREEDOM TRADING'S last day to file an answer or otherwise responsive pleading to the Complaint should be extended to August 16, 2021.

Dated: August 11, 2021                    Respectfully submitted,


                                          /s/ Michael N. Cohen

                                          Michael N. Cohen
                                          COHEN IP LAW GROUP, PC
                                          Attorney for Defendants,
                                          FREEDOM TRADING, LLC;
                                          FREEDOM TRADING 18, INC.


Dated: August 11, 2021                    /s/ Zsofia Nemeth
                                          Zsofia Nemeth
                                          MINTA LAW GROUP LC
                                          Attorney for Plaintiff,
                                          UNIPAK DESIGNS CORP.

- 2 -

CASE NO.: 2:21-cv-03496-TJH-RAO
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: August 9, 2021                       By: */s/Michael N. Cohen*
                                                                                                 Michael N. Cohen