UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 21-3496-TJH(RAOx)** | Date | FEBRUARY 17, 2022 |
|---|---|---|---|

| Title | Unipak Designs Corp. v. Freedom Trading, LLC et al |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Final Pretrial Conference hearing, currently scheduled for February 28, 2022, is hereby ordered continued to *JUNE 6, 2022 at 10:00 a.m.*

Counsel are reminded that all pretrial documents are due no later than 21 days before the final pretrial conference hearing date. Local Rule 16-7 (Pretrial documents: Memo of Contentions of Fact and Law, joint exhibit list,  witness list and amended or proposed pretrial conference order). Motions in limine are to be filed no later than 30 days before the trial date.

Counsel for the parties are ordered to appear.

IT IS SO ORDERED.

cc: all parties

---

CV-90 (12/02)                     **CIVIL MINUTES - GENERAL**                     Initials of Deputy Clerk YS