Zsofia Nemeth, State Bar No. 298240
**MINTA LAW GROUP LC**
18757 Burbank Boulevard, Suite 227
Tarzana, California 91356-3346
Telephone: (747) 223-5722
E-mail: counsel@mintalaw.com

Attorney for Plaintiff
Unipak Designs Corp.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| UNIPAK DESIGNS CORP., a corporation of California,<br><br>             Plaintiff,<br>   vs.<br><br>FREEDOM TRADING, LLC, a limited liability company of California; FREEDOM TRADING 18, INC., a corporation of Canada; and DOES 1 through 10,<br><br>             Defendants. | **Case No.:**<br>**2:21-cv-03496-TJH-RAO**<br><br>**JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE DATE**<br><br>**Ctrm:** 5D<br>**Judge:** Hon. Terry J. Hatter<br><br>**Complaint Filed:** April 23, 2021<br><br>**Current Final Pretrial Conference Date:** June 6, 2022, 10:00 a.m.<br><br>**New Final Pretrial Conference Date:** August 8, 2022, 10:00 a.m. |

Plaintiff UNIPAK DESIGNS CORP. (hereafter "UNIPAK"), and defendant FREEDOM TRADING, LLC , constituting all parties that appeared in this action, through their respective counsels of record, hereby stipulate to continue the **Final Pretrial Conference** from June 6, 2022 to **August 8, 2022**. No Trial Date has been set in this matter.

Reasons for Continuance:

1.      Counsel for the parties have scheduled and thereafter met for a Local Rule 16-2 pretrial conference on May 3, 2022, and based on the matters discussed agreed that it is necessary to continue the pretrial conference due to the following outstanding issues:

a.      The parties have been engaged in settlement discussions throughout the pendency of this matter and have exchanged information and offers to facilitate settlement. Based on the continued discussion of the parties on May 3, 2022, the parties are hopeful to be able to resolve the remaining issues but if they unable to, they will need to engage in an alternate dispute resolution proceeding prior to appearing for a Final Pretrial Conference.

b.      UNIPAK has served discovery on FREEDOM TRADING, LLC, the responses to which are due shortly, however, FREEDOM TRADING, LLC has requested an extension of time to further facilitate settlement.

c.      Good cause for the continuance is further warranted as Counsel for Defendant FREEDOM TRADING requested to meet and confer regarding the dismissal of all unserved parties, including FREEDOM TRADING 18, INC. as a party from this action.  If this issue is not resolved by way of stipulated voluntary dismissal, a motion to dismiss will streamline the issues at the Final Pretrial Conference.

//

MINTA LAW GROUP LC
18757 BURBANK BOULEVARD, SUITE 227
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (747) 223-5722

**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**

NOW THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY STIPULATED, BY AND BETWEEN ALL THE PARTIES TO THIS ACTION AS FOLLOWS:

1. That the Final Pretrial Conference shall be continued from June 6, 2022, 10:00 a.m. to August 8, 2022, 10:00 a.m.

Respectfully submitted:

Dated:  May 16, 2022                MINTA LAW GROUP LC

By:     /s/ Zsofia Nemeth
        Zsofia Nemeth
        MINTA LAW GROUP LC
        18757 Burbank Boulevard, Suite 227
        Tarzana, California 91356
        Tel. (747) 223-5722
        Fax (818) 938-9174
        E-mail: counsel@mintalaw.com

        Attorney for Unipak Designs Corp.

Dated: May 16, 2022                COHEN IP LAW GROUP, PC

By:     /s/ Michael N. Cohen
        Michael N. Cohen
        Attorney for Defendants,
        FREEDOM TRADING, LLC

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**PROOF OF SERVICE**

     I declare that I am over the age of eighteen (18) years and not a party to this action.  My business address is 18757 Burbank Boulevard, Suite 227, Tarzana, California 91356-3346.

     On May 16, 2022, I will serve on the parties or their counsel shown below, the following documents described as:

**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**

| Michael N. Cohen<br>[mcohen@cohenip.com]<br>Chong H. Roh<br>[croh@cohenip.com]<br>COHEN IP LAW GROUP, PC<br>9025 Wilshire Blvd., Suite 301<br>Beverly Hills, California 90211<br>Fax: 310-246-9980 | Attorney for Defendant Freedom Trading, LLC |
| --- | --- |

[ ] **BY MAIL.** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date by first class mail at Tarzana, California addressed as set forth below.

[ ] **BY FEDERAL EXPRESS** I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

[ ] **BY FACSIMILE TRANSMISSION.** I caused the above-referenced document to be transmitted by facsimile to its intended recipient(s) at the following facsimile number:

[X] **BY E-MAIL.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated above through the Court's ECF service.

     I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2022 at Tarzana, California.

/s/ Zsofia Nemeth
Zsofia Nemeth

Minta Law Group LC
18757 Burbank Boulevard, Suite 227
Tarzana, California 91356-3346
Telephone (747) 223-5722

4

**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**